B1 (Official Form 1) (04/13)

## United States Bankruptcy Court
## Central District of California

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>Lopez, Walfred Orlando | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): 3624 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State)<br>7967 Clearfield Avenue<br>Panorama City, CA<br>ZIPCODE 91402 | Street Address of Joint Debtor (No. and Street, City, and State<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Los Angeles | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check one box)
- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other  N.A.

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests: _____

Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Tax-Exempt Entity**
(Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Nature of Debts**
(Check one box)
- [x] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only)   Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

**Estimated Number of Creditors**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |

**Estimated Assets**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [x] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

**Estimated Liabilities**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [x] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.3-876 - Wednesday, June 17, 2015, at 15:31:19 - 32970x30/JX***** - PDF-XChange 4.0

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Walfred Orlando Lopez |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:   NONE | Case Number: | Date Filed: |
| Location<br>Where Filed:   N.A. | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:   NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐  Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X   /s/ Josh Sternberg                06/15/2015<br>    Signature of Attorney for Debtor(s)          Date</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

| B1 (Official Form 1) (04/13) | Page 3 |
|---|---|

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Walfred Orlando Lopez |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Walfred Orlando Lopez
_____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

06/15/2015
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____

(Signature of Foreign Representative)

_____

(Printed Name of Foreign Representative)

_____

(Date)

### Signature of Attorney*

**X** /s/ Josh Sternberg
_____
Signature of Attorney for Debtor(s)

JOSH STERNBERG 250687
_____
Printed Name of Attorney for Debtor(s)

Sternberg Law Group
_____
Firm Name

9595 Wilshire Blvd., Suite 900
_____
Address

Beverly Hills, CA 90212
_____

310-270-4343
_____
Telephone Number

06/15/2015
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, (2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|

Joshua L. Sternberg, SBN # 250687
9454 Wilshire Blvd., Suite 830
Beverly Hills, CA 90212
310-270-4343 F: 310-270-4344

*Attorney for:* **Debtors**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:
Walfred Orlando Lopez
Debtor(s).

CASE NO.:
CHAPTER: 13
ADV. NO.:

### ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

Petition, statement of affairs, schedules or lists                    Date Filed:
Amendments to the petition, statement of affairs, schedules or lists    Date Filed:
Other:                                                                 Date Filed:

## PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

*Signature of Signing Party*                                 Date **6/15/2015 –**

Walfred Orlando Lopez
*Printed Name of Signing Party*

*Signature of Joint Debtor (if applicable)*                  Date

*Printed Name of Joint Debtor (if applicable)*

## PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are

1

filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

_____         6/15/15
Signature of Attorney for Signing Party                      Date

Joshua L. Sternberg
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California
*November 2006*
*Printed Name of Attorney for Signing Party*

B1 D (Official Form 1, Exhibit D ) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Central District of California

In re Walfred Orlando Lopez
_____
Debtor(s)

Case No._____
(if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1.  Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2.  Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐  3.  I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐  4.  I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
    ☐  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    ☐  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**
    ☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  _____/s/ Walfred Orlando Lopez_____
                                WALFRED ORLANDO LOPEZ

                        06/15/2015
Date:  _____

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None
    _____

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    _____
    _____

3.  (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    _____
    _____

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None
    _____

I declare, under penalty of perjury, that the foregoing is true and correct.


Executed at _Los Angeles_____, California          _/s/ Walfred Lopez_____
                                                        Signature of Debtor

Date: _06/15/2015_____                             _____
                                                        Signature of Joint Debtor

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Name: **Joshua L. Sternberg, SBN #250687**

Address: **9595 Wilshire Blvd., Suite 900**

**Beverly Hills, CA 90212**

Telephone: **310-270-4343**     Fax: **310-270-4344**

☒ Attorney for Debtor
☐ Debtor in Pro Per

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| List all names including trade names, used by Debtor(s) within last 8 years:<br><br>Walfred Orlando Lopez | Case No.:<br><br>**NOTICE OF AVAILABLE CHAPTERS**<br><br>(Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code) |

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

1. <u>**Services Available from Credit Counseling Agencies**</u>

   **With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **<u>before</u>** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

   **In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

**2.    The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

**Chapter 7**:  **Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**

1.    Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.  Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7.  If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code.  It is up to the court to decide whether the case should be dismissed.

2.    Under chapter 7, you may claim certain of your property as exempt under governing law.  A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3    The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.    Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.  Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13**:  **Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

1.    Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.    Under chapter 13, you must file with the court  a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

3.    After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11**:  **Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12**:  **Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3.    Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

B 201 - Notice of Available Chapters (Rev. 12/08)                                    USBC, Central District of California

## Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

_____
Printed name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankruptcy petition
Address: preparer is not an individual, state the
Social Security number of the officer, principal,
responsible person, or partner of the bankruptcy
petition preparer.)  (Required by 11 U.S.C. § 110.)

_____

X_____
Signature of Bankruptcy Petition Preparer or officer,
principal, responsible person, or partner whose Social
Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

## Walfred Orlando Lopez
_____
Printed Name(s) of Debtor(s)

/s/ Walfred Orlando Lopez        06/15/2015
_____
Signature of Debtor                        Date

Case No. (if known) _____

X_____
Signature of Joint Debtor (if any)    Date

**B6 Summary (Official Form 6 - Summary) (12/14)**

# United States Bankruptcy Court
### Central District of California

In re    Walfred Orlando Lopez

_____

                    Debtor

Case No. _____

Chapter    13 _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $     320,000 | | |
| B – Personal Property | YES | 3 | $     8,451 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $     418,887 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $     0 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $     2,559 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $     7,219 |
| J - Current Expenditures of Individual Debtors(s) | YES | 3 | | | $     4,511 |
| TOTAL | | 16 | $     328,451 | $     421,446 | |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.3-876 - Wednesday, June 17, 2015, at 15:31:22 - 32970-30 JX-***** - PDF-XChange 4.0

# United States Bankruptcy Court
## Central District of California

In re    Walfred Orlando Lopez                            Case No. _____
                        Debtor

Chapter        13

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0 |
| Student Loan Obligations (from Schedule F) | $ 0 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0 |
| TOTAL | $ 0 |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ 7,219 |
| Average Expenses (from Schedule J, Line 22) | $ 4,511 |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14 ) | $ 3,900 |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 98,887 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0 |
| 4. Total from Schedule F | | $ 2,559 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 101,446 |

**B6 Cover (Form 6 Cover) (12/07)**


## FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury


GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.3-876 - Wednesday, June 17, 2015, at 15:31:19 - 32970-301X-***** - PDF-XChange4.0

B6A (Official Form 6A) (12/07)

In re    Walfred Orlando Lopez                                    Case No. _____
             **Debtor**                                                        **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Single Family Residence<br><br>7967 Clearfield Avenue<br>Panorama City, CA 91402 | Fee Simple | | 320,000 | 418,887 |
| | | Total ▷ | 320,000 | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re    Walfred Orlando Lopez                                    Case No. _____
_____
    **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Personal Checking Account Bank of America<br>Debtor's Possession | C | 500 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Household Goods and Furnishings<br>Debtor's Possession | C | 1,500 |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books, Pictures<br>Debtor's Possession | C | 400 |
| 6.  Wearing apparel. | | Clothing<br>Debtor's Possession | C | 700 |
| 7.  Furs and jewelry. | | Jewelry<br>Debtor's Possession | C | 250 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.3-876 - Wednesday, June 17, 2015, at 15:31:19 - 32970-30JX-***** - PDF-XChange 4.0

B6B (Official Form 6B) (12/07) - Cont.

In re __Walfred Orlando Lopez_____    Case No. _____
            **Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | SMART Design and Training, LLC | C | 1 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 Chrysler Seabring Debtor's Possession | C | 2,600 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.3-876 - Wednesday, June 17, 2015, at 15:31:19 - 32970x30 JX***** - PDF-XChange 4.0

**B6B (Official Form 6B) (12/07) -- Cont.**

In re   Walfred Orlando Lopez _____     Case No. _____
       **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 2004 Ford Ranger Pickup<br>Debtor's Possession | C | 2,500 |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | X | | | |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested.  Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

                                       _____0_____   continuation sheets attached    Total    $         8,451

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.3-876 - Wednesday, June 17, 2015, at 15:31:19 - 32970-301X-***** - PDF-XChange 4.0

B6C (Official Form 6C) (04/13)

In re  Walfred Orlando Lopez                                    Case No. _____
_____                                       _____
                **Debtor**                                                       **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐  11 U.S.C. § 522(b)(2)                    ☐  Check if debtor claims a homestead exemption that exceeds
☑  11 U.S.C. § 522(b)(3)                        $155,675*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Personal Checking Account Bank of America | C.C.P. 703.140(b)(5) | 500 | 500 |
| Household Goods and Furnishings | C.C.P. 703.140(b)(3) | 1,500 | 1,500 |
| Clothing | C.C.P. 703.140(b)(3) | 700 | 700 |
| Jewlery | C.C.P. 703.140(b)(4) | 250 | 250 |
| Books, Pictures | C.C.P. 703.140(b)(3) | 400 | 400 |
| 2005 Chrysler Seabring | C.C.P. 703.140(b)(5) | 2,600 | 2,600 |
| 2004 Ford Ranger Pickup | C.C.P. 703.140(b)(2) | 2,500 | 2,500 |
| SMART Design and Training, LLC | C.C.P. 703.140(b)(5) | 1 | 1 |

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.3-876 - Wednesday, June 17, 2015, at 15:31:19 - 32970-301JX-***** - PDF-XChange4.0

B6D (Official Form 6D) (12/07)

In re _____,        Case No. _____
        Walfred Orlando Lopez

        **Debtor**                                                                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 948920<br><br>Bsi Financial Services<br>314 S Franklin Street<br>Titusville, PA 16354<br><br>VALUE $     320,000 | | | Incurred: 10/2008<br>Lien: Deed of Trust<br>Security: Real Property | | | | 343,982 | 23,982 |
| ACCOUNT NO. 0409<br><br>CalHFA Mortgage Assistance Corporation<br>PO Box 5678<br>Riverside, CA 92517<br><br>VALUE $     320,000 | | | Incurred: 3/2014<br>Lien: Deed of Trust<br>Security: Real Property<br>Keep Your Home California Program | | | | 74,905 | 74,905<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |

_0_ continuation sheets attached

|  | | Subtotal▷<br>(Total of this page) | $ 418,887 | $ 98,887 |
|---|---|---|---|---|
|  | | Total▷<br>(Use only on last page) | $ 418,887 | $ 98,887 |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.3-876 - Wednesday, June 17, 2015, at 15:31:20 - 32970-301X-***** - PDF-XChange 4.0

**B6E (Official Form 6E) (04/13)**

In re_____,      Case No._____
         Walfred Orlando Lopez
                    Debtor                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.3-876 - Wednesday, June 17, 2015, at 15.31.20 - 32970e30 JX-***** - PDF-XChange 4.0

**B6E (Official Form 6E) (04/13) - Cont.**

In re_____Walfred Orlando Lopez_____,    Case No._____
                          Debtor                                                                                      (if known)

 

☐    **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).


☐    **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐    **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).


☐    **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).


☐    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).


   * Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.


_____0_____  **continuation sheets attached**

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.3-876 - Wednesday, June 17, 2015, at 15:31:20 - 32970v30 JX-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07)

In re ___Walfred Orlando Lopez_____,          Case No. _____
　　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  15051518VS72C0K <br><br> Rise <br> PO Box 101808 <br> Fort Worth, TX 76185 | | | Consideration: Credit Card Debt (Unsecured) | | | | 2,559 |
| ACCOUNT NO. <br><br><br> | | | | | | | |
| ACCOUNT NO. <br><br><br> | | | | | | | |
| ACCOUNT NO. <br><br><br> | | | | | | | |

_____continuation sheets attached　　　0

Subtotal ▷ | $ | 2,559
Total ▷ | $ | 2,559

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.3-876 - Wednesday, June 17, 2015, at 15:31:20 - 32970x30 JX-***** - PDF-XChange4.0

**B6G (Official Form 6G) (12/07)**

In re __Walfred Orlando Lopez_____     Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

     Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**B6H (Official Form 6H) (12/07)**

In re  Walfred Orlando Lopez                                    Case No. _____
_____
              **Debtor**                                                                    **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

**Fill in this information to identify your case:**

Debtor 1   Walfred Orlando Lopez
           First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   Central   District of  CA

Case number
(if known)   _____

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
   chapter 13 income as of the following date:

   _____
   MM / DD / YYYY

## Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Employment status** | | ☒ Employed ☐ Not employed | ☒ Employed ☐ Not employed |
| **Occupation** | | Community Health Worker | Harbor Frieght Tools |
| **Employer's name** | | Department of Health Services | 26541 Agoura Road |
| **Employer's address** | | 313 N. Figueroa  Number  Street | Calabasas, CA 91302  Number  Street |
| | | Los Angeles, CA 90017  City  State  ZIP Code | Calabasas, CA 91302  City  State  ZIP Code |
| **How long employed there?** | | 8 years | 3 months |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 2,591 | $ 5,000 |
| 3. **Estimate and list monthly overtime pay.** | 3. | + $ 0 | + $ 0 |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | $ 2,591 | $ 5,000 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.3-876 - Wednesday, June 17, 2015, at 15:31:21 - 32970s-301X-***** - PDF-XChange4.0

Debtor 1   Walfred Orlando Lopez

First Name    Middle Name    Last Name

Case number *(if known)*_____

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here ........................................................➔ 4. | $ 2,591 | $ 5,000 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 305 | $ 1,500 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0 | $ 0 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0 | $ 0 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0 | $ 0 |
| 5e. **Insurance** | 5e. | $ 0 | $ 0 |
| 5f. **Domestic support obligations** | 5f. | $ 0 | $ 0 |
| 5g. **Union dues** | 5g. | $ 0 | $ 0 |
| 5h. **Other deductions. Specify:** ;_____ | 5h. | + $ 0 | + $ 0 |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h.    6.    $ 305    $ 1,500

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ 2,286    $ 3,500

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 1,433 | $ 0 |
| 8b. **Interest and dividends** | 8b. | $ 0 | $ 0 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0 | $ 0 |
| 8d. **Unemployment compensation** | 8d. | $ 0 | $ 0 |
| 8e. **Social Security** | 8e. | $ 0 | $ 0 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: ___; _____ | 8f. | $ 0 | $ 0 |
| 8g. **Pension or retirement income** | 8g. | $ 0 | $ 0 |
| 8h. **Other monthly income. Specify:** ;_____ | 8h. | + $ 0 | + $ 0 |

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.    9.    $ 1,433    $ 0

10. **Calculate monthly income.** Add line 7 + line 9.    10.    $ 3,719   +   $ 3,500   =   $ 7,219
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11.   + $ 0

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies    12.    $ 7,219

**Combined monthly income**

13. <u>Do</u> you expect an increase or decrease within the year after you file this form?
[X] No.
[ ] Yes. Explain: _____

**Fill in this information to identify your case:**

Debtor 1  Walfred Orlando Lopez
_____  _____  _____
First Name         Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name        Middle Name        Last Name

United States Bankruptcy Court for the:  Central _____ District of CA ____

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13
   expenses as of the following date:
   _____
   MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2
   maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☒ No.  Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**      ☒ No

   Do not list Debtor 1 and       ☐ Yes. Fill out this information for
   Debtor 2.                            each dependent..........................

   Do not state the dependents'
   names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ☒ No   ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I.)

| | | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 2,274 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 0 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 0 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.3-876 - Wednesday, June 17, 2015, at 15:31:21 - 32970-301[X-***** - PDF-XChange 4.0

Debtor 1    Walfred Orlando Lopez
            First Name    Middle Name    Last Name

Case number *(if known)*_____

| | | | Your expenses |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | $_____ 0 |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | $_____ 217 |
| | 6b. Water, sewer, garbage collection | 6b. | $_____ 100 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $_____ 405 |
| | 6d. Other. Specify: _____ | 6d. | $_____ 0 |
| 7. | **Food and housekeeping supplies** | 7. | $_____ 700 |
| 8. | **Childcare and children's education costs** | 8. | $_____ 0 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $_____ 80 |
| 10. | **Personal care products and services** | 10. | $_____ 80 |
| 11. | **Medical and dental expenses** | 11. | $_____ 40 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $_____ 400 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $_____ 25 |
| 14. | **Charitable contributions and religious donations** | 14. | $_____ 0 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $_____ 0 |
| | 15b. Health insurance | 15b. | $_____ 0 |
| | 15c. Vehicle insurance | 15c. | $_____ 190 |
| | 15d. Other insurance. Specify:_____ | 15d. | $_____ 0 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ _____ | 16. | $_____ 0 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $_____ 0 |
| | 17b. Car payments for Vehicle 2 | 17b. | $_____ 0 |
| | 17c. Other. Specify:_____ | 17c. | $_____ 0 |
| | 17d. Other. Specify:_____ | 17d. | $_____ 0 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form B 6I).** | 18. | $_____ 0 |
| 19. | **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $_____ 0 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| | 20a. Mortgages on other property | 20a. | $_____ 0 |
| | 20b. Real estate taxes | 20b. | $_____ 0 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $_____ 0 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $_____ 0 |
| | 20e. Homeowner's association or condominium dues | 20e. | $_____ 0 |

Debtor 1  Walfred Orlando Lopez                                    Case number (if known)_____

First Name      Middle Name        Last Name

| | | | |
|---|---|---|---|
| 21. | **Other**. Specify: _____ _____ | 21. | **+**$_____ 0 |
| 22. | **Your monthly expenses.** Add lines 4 through 21.<br>The result is your monthly expenses. | 22. | $_____ 4,511 |

23. **Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 (*your combined monthly income*) from *Schedule I.* | 23a. | $_____ 7,219 |
| 23b. | Copy your monthly expenses from line 22 above. | 23b. | **−**$_____ 4,511 |
| 23c. | Subtract your monthly expenses from your monthly income.<br>The result is your *monthly net income*. | 23c. | $_____ 2,708 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

[X] No.

[ ] Yes.   Explain here:

**B6 (Official Form 6 - Declaration) (12/07)**

Walfred Orlando Lopez

In re _____    Case No. _____

          **Debtor**                                                    **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____18____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _06/15/2015_____          Signature: ___/s/ Walfred Orlando Lopez_____
                                                           **Debtor**

Date _____          Signature: _____Not Applicable_____
                                                  **(Joint Debtor, if any)**

                                               **[If joint case, both spouses must sign.]**

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

        I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,          Social Security No.
of Bankruptcy Petition Preparer                 *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____          _____
        Signature of Bankruptcy Petition Preparer                      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

        I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____sheets *(total shown on summary page plus 1),*and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____

                                                _____
                                              [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.3-876 - Wednesday, June 17, 2015, at 15:31:22 - 32970-301JX-***** - PDF-XChange 4.0

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT

## Central District of California

In Re  Walfred Orlando Lopez _____      Case No. _____
                                                                                 (if known)

## STATEMENT OF FINANCIAL AFFAIRS

     This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

     Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  If the answer to an applicable question is "None," mark the box labeled "None."  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

     *"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

     *"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None

☐

     State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 2015(db)      7,800 | |
| 2014(db)     33,548 | |
| 2013(db)     24,076 | |
| | |
| 2015(nfs)         0 | |
| 2014(nfs)    47,182 | |
| 2013(nfs)    14,379 | |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.3-876 - Wednesday, June 17, 2015, at 15:31:22 - 32970-30JX-***** - PDF-XChange 4.0

B7 (Official Form 7) (04/13)                                                                                                    2

**2.  Income other than from employment or operation of business**

None     State the amount of income received by the debtor other than from employment, trade, profession, or operation
☒     of the debtor's business during the two years immediately preceding the commencement of this case.  Give
particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter
12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|

**3. Payments to creditors**

None
☒     *Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of
goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of
this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.
Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation
or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor
counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|------------------------------|-------------------|-------------|--------------------|

None
☒     *b. Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made
within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that
constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk
(*)any payments that were made to a creditor on account of a domestic support obligation or as part of an
alternativerepayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.
(Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---------------------------------------------------------|-------------------|-------------|--------------------|

B7 (Official Form 7) (04/13)                                                                                3

---

None

☒          *c. All debtors:*  List all payments made within one year immediately preceding the commencement of this case to or
for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must
include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4.   Suits and administrative proceedings, executions, garnishments and attachments**

None

☒          a.      List all suits and administrative proceedings to which the debtor is or was a party within one year immediately
preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include
information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

---

None

☒          b.      Describe all property that has been attached, garnished or seized under any legal or equitable process within
one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter
13 must include information concerning property of either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5.   Repossessions, foreclosures and returns**

None

☒          List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in
lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or
both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                              4

---

**6. Assignments and Receiverships**

None
☒    a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

---

None
☒    b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7. Gifts**

None
☒    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8. Losses**

None
☒    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.3-876 - Wednesday, June 17, 2015, at 15:31:22 - 32970-301X-*****- PDF-XChange 4.0

**9.    Payments related to debt counseling or bankruptcy**

None

☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Josh Sternberg Sternberg Law Group 9595 Wilshire Blvd., Suite 900 Beverly Hills, CA 90212 | June 2015 | $190 |

**10.    Other transfers**

None

☒    a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

b.    List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None

☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.    Closed financial accounts**

None

☒    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                     6

---

**12. Safe deposit boxes**

None 

     List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

---

**13. Setoffs**

None 

     List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

---

**14. Property held for another person**

None 

     List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

---

**15. Prior address of debtor**

None 

     If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

B7 (Official Form 7) (04/13)                                                                                                    7

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.3-876 - Wednesday, June 17, 2015, at 15:31:22 - 329970v30 JX***** - PDF-XChange 4.0

**16.  Spouses and Former Spouses**

None
☐

     If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin)  within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

          NAME

Leslie Helyes
7967 Clearfield
Avenue
Panorama City, CA
91402

**17.  Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

     "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

     "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☒

a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| | | | |

None
☒

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| | | | |

B7 (Official Form 7) (04/13)                                                                                                 8

None
☒

    c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18. Nature, location and name of business

None
☐

    a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| SMART Design and Training, LLC | 22-3969943 | 7967 Clearfield Avenue Panorama City, CA 91402 | Educational Consultant | 2007 - Current Spouses Business. Currently not Operating or Generating any Revenue |

None
☒

    b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

## [Questions 19 - 25 are not applicable to this case]

*   *   *   *   *   *

B7 (Official Form 7) (04/13)                                                                                                    9

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date ___06/15/2015_____     Signature     ___/s/ Walfred Orlando Lopez_____
                                          of Debtor      ___WALFRED ORLANDO LOPEZ_____


_____0_____ continuation sheets attached


**_Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571_**


---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____        _____
Signature of Bankruptcy Petition Preparer                                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.


**_A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156._**

B203
12/94

# United States Bankruptcy Court
### Central District of California

In re  Walfred Orlando Lopez

Case No. _____

Chapter _____13_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s)
and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services
rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ..........................…………………....... $ _____5,000_____

Prior to the filing of this statement I have received ........…………….................. $ _____190_____

Balance Due ..........................…………………………………………….................. $ _____4,810_____

2.   The source of compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.   The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.   ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and
associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates
of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the
debtor(s) in the bankruptcy proceeding.

_____06/15/2015_____                    /s/ Josh Sternberg_____
*Date*                                          *Signature of Attorney*

                                          Sternberg Law Group
                                          *Name of law firm*

February 2006                                                                                     2006 USBC Central District of California

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re  Walfred Orlando Lopez | CHAPTER: 13 |
| Debtor(s). | CASE NO.: |

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
# PURSUANT  TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I, Walfred Orlando Lopez _____, the debtor in this case, declare under penalty
_____*(Print Name of Debtor)*_____

of perjury under the laws of the United States of America that:

☒ I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
(*NOTE:  the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

☐ I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐ I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, _____, the debtor in this case, declare under penalty of
_____*(Print Name of Joint Debtor, if any)*_____

perjury under the laws of the United States of America that:

☐ I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
(*NOTE:  the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

☐ I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐ I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date 06/15/2015 _____     Signature /s/ Walfred Orlando Lopez _____
_____*Debtor*

Date _____     Signature _____
_____*Joint Debtor (if any)*

**County of Los Angeles · Statement of Earnings, Deductions, And Benefit Balances · Retain For Your Records**

| Employee No. | Employee Name | | Dept. | P/L | Warrant No. | Issue Date | Accrual Date |
|---|---|---|---|---|---|---|---|
| 617133 | WALFRED O LOPEZ | | HS | 11011 | 1002447500 | 03/30/2015 | 03/15/2015 |

| Current Earnings | Reimbursements | Taxes & Deducts | Net Pay | Imputed Income | Y.T.D. Imputed Income |
|---|---|---|---|---|---|
| 1,198.50 | 0.00 | 201.05 | $997.45 | 0.00 | 0.00 |

| W-4 DATA ▶ | Marital Status | Exemptions | Add'l Withheld | DE-4 DATA ▶ | Marital Status | Exemptions | Add'l Exemptions | Add'l Withheld |
|---|---|---|---|---|---|---|---|---|
| | MARRIED | 1 | 0.00 | | SINGLE | 1 | | 0.00 |

| Code | Earnings | Hours | Current | Year-To-Date | Code | Taxes / Deductions | Current | Year-To-Date |
|---|---|---|---|---|---|---|---|---|
| PP099 | REGULAR EARNS | 80:00 | 1,198.50 | 2,936.32 | FEDTX | FEDERAL TAX | 58.20 | 126.97 |
| | | | | | STATX | STATE TAX | 16.04 | 34.49 |
| | | | | | HITEE | H.I.T. | 17.38 | 42.58 |
| | | | | | ER090 | LACERA PLAN G | 91.45 | 91.45 |
| | | | | | EU101 | LOC721LACEA | 17.98 | 35.96 |

| Code | County Contribution | Current | Year-To-Date |
|---|---|---|---|
| | | | |

| County Flexible Benefit Program | | | | Employee Benefit Balance As Of: | 03/16/2015 | |
|---|---|---|---|---|---|---|
| Source Of Funds | | Current | Year-To-Date | Code | Description | Available Hours | Excess Hours |
| | | | | LV011 | SICK 100% | 10:40 | 00:00 |
| | | | | LV112 | SICK PERSNL | 96:00 | 00:00 |

| Code | Use Of Funds | Current | Year-To-Date |
|---|---|---|---|
| | | | |

APRIL 14TH HAS BEEN PROCLAIMED AS "TAKE OUR DAUGHTERS
& SONS TO WORK DAY" THROUGHOUT LA COUNTY. EMPLOYEES
ARE ENCOURAGED TO PARTICIPATE IN PLANNED SPECIAL EVENTS

**County of Los Angeles · Statement of Earnings, Deductions, And Benefit Balances · Retain For Your Records**

| Employee No. | Employee Name | | Dept. | P / L | Warrant No. | Issue Date | Accrual Date |
|---|---|---|---|---|---|---|---|
| 617133 | WALFRED O LOPEZ | | HS | 11011 | 1002478941 | 04/15/2015 | 03/31/2015 |

| Current Earnings | Reimbursements | Taxes & Deducts | | **Net Pay** | Imputed Income | Y.T.D. Imputed Income |
|---|---|---|---|---|---|---|
| 1,393.02 | 0.00 | 327.40 | | $1,065.62 | 2.12 | 2.12 |

| W-4 DATA ◆ | Marital Status | Exemptions | Add'l Withheld | DE-4 DATA ◆ | Marital Status | Exemptions | Add'l Exemptions | Add'l Withheld |
|---|---|---|---|---|---|---|---|---|
| | MARRIED | 1 | 0.00 | | SINGLE | 1 | | 0.00 |

| Code | Earnings | Hours | Current | Year-To-Date | Code | Taxes / Deductions | Current | Year-To-Date |
|---|---|---|---|---|---|---|---|---|
| PPO99 | REGULAR EARNS | 96:00 | 1,198.50 | 4,134.82 | FEDTX | FEDERAL TAX | 78.36 | 205.33 |
| PPO36 | FLEX EARN | 1.00 | 194.52 | 194.52 | STATX | STATE TAX | 24.70 | 59.19 |
| | | | | | HITEE | H.I.T. | 20.23 | 62.81 |
| | | | | | ERO90 | LACERA PLAN G | 91.45 | 182.90 |
| | | | | | EL203 | LIFE 4XSAL | 4.68 | 4.68 |
| | | | | | EL301 | 20K DEP LIFE | 2.97 | 2.97 |
| | | | | | EM413 | UNION-LIFE | 87.03 | 87.03 |
| | | | | | EU101 | LOC721LACEA | 17.98 | 53.94 |

| Code | County Contribution | Current | Year-To-Date |
|---|---|---|---|

| **County Flexible Benefit Program** | | | **Employee Benefit Balance As Of:** | 04/01/2015 | |
|---|---|---|---|---|---|
| Source of Funds | Current | Year-To-Date | Code | Description | Available Hours | Excess Hours |
| OPTIONS CONTRIB | 1,481.53 | 1,481.53 | LV011 | SICK 100% | 15:01 | 00:00 |
| | | | LV112 | SICK PERSNL | 96:00 | 00:00 |

| Code | Use Of Funds | Current | Year-To-Date |
|---|---|---|---|
| EF136 | KAISER 721 2PTY | 1,202.85 | 1,202.85 |
| EF300 | DLTADNTL-O 2PTY | 67.82 | 67.82 |
| EF410 | AD&D 250K-EE+FM | 6.25 | 6.25 |
| EL202 | LIFE 4XSAL | 3.30 | 3.30 |
| EFO45 | LTD-H OP | 3.00 | 3.00 |
| EFO12 | OPTIONS ADM FEE | 3.79 | 3.79 |
| PPO36 | FLEX EARN | 194.52 | 194.52 |

DPSS OPERATES THE OLDEST FREE TOY LENDING LIBRARY IN
THE NATION! TELL YOUR FRIENDS/NEIGHBORS ABOUT THIS
GREAT RESOURCE. HTTP://DPSS.LACOUNTY.GOV/DPSS.TOYLOAN.

**County of Los Angeles · Statement of Earnings, Deductions, And Benefit Balances · Retain For Your Records**

| Employee No. | Employee Name | | Dept. | P/L | Warrant No. | Issue Date | Accrual Date |
|---|---|---|---|---|---|---|---|
| 617133 | WALFRED O LOPEZ | | HS | 11011 | 1002447500 | 03/30/2015 | 03/15/2015 |

| Current Earnings | Reimbursements | Taxes & Deducts | Net Pay | Imputed Income | Y.T.D. Imputed Income |
|---|---|---|---|---|---|
| 1,198.50 | 0.00 | 201.05 | $997.45 | 0.00 | 0.00 |

| W-4 DATA ▶ | Marital Status | Exemptions | Add'l Withheld | DE-4 DATA ▶ | Marital Status | Exemptions | Add'l Exemptions | Add'l Withheld |
|---|---|---|---|---|---|---|---|---|
| | MARRIED | 1 | 0.00 | | SINGLE | 1 | | 0.00 |

| Code | Earnings | Hours | Current | Year-To-Date | Code | Taxes / Deductions | Current | Year-To-Date |
|---|---|---|---|---|---|---|---|---|
| PP099 | REGULAR EARNS | 80:00 | 1,198.50 | 2,936.32 | FEDTX | FEDERAL TAX | 58.20 | 126.97 |
| | | | | | STATX | STATE TAX | 16.04 | 34.49 |
| | | | | | HITEE | H.I.T. | 17.38 | 42.58 |
| | | | | | ERO90 | LACERA PLAN G | 91.45 | 91.45 |
| | | | | | EU101 | LOC721LACEA | 17.98 | 35.96 |

| Code | County Contribution | Current | Year-To-Date |
|---|---|---|---|
| | | | |

| County Flexible Benefit Program | | | | Employee Benefit Balance As Of: | 03/16/2015 | | |
|---|---|---|---|---|---|---|---|
| Source Of Funds | Current | Year-To-Date | | Code | Description | Available Hours | Excess Hours |
| | | | | LV011 | SICK 100% | 10:40 | 00:00 |
| | | | | LV112 | SICK PERSNL | 96:00 | 00:00 |

| Code | Use Of Funds | Current | Year-To-Date |
|---|---|---|---|
| | | | |

APRIL 14TH HAS BEEN PROCLAIMED AS "TAKE OUR DAUGHTERS
& SONS TO WORK DAY" THROUGHOUT LA COUNTY. EMPLOYEES
ARE ENCOURAGED TO PARTICIPATE IN PLANNED SPECIAL EVENTS



# Online Employee Pay Statement

Pay Period End Date: 04/30/2015

| | | |
|---|---|---|
| **Employee ID:** 617133 | **Employee Name:** WALFRED ORLANDO LOPEZ | **Bank ID/Acct No:** 121000358/XXXXXX0459 |
| **Home Department:** HS Health Svcs | **Home Unit:** 20301 Prog Implem | **Pay Location:** 11011 110 - PAY LCTN |

## Pay Information

| Gross Pay | Reimbursements | Taxes & Deductions/ Salary Reduction | Net Pay | Issue Date | Effective Pay Period End Date | Pay Type | Run Type | Warrant/ Direct Deposit No |
|---|---|---|---|---|---|---|---|---|
| 1,295.76 | .00 | 311.49 | 984.27 | 05/15/2015 | 04/30/2015 | Direct Deposit | Regular | 00000-2011941783 |

## Tax Information

| | Taxes | Taxable Wages | Taxable Wages YTD | Tax Class | Marital Status | Exemptions | Additional Exemptions | Additional Withheld | Tax Date |
|---|---|---|---|---|---|---|---|---|---|
| W-4 DATA | FEDERAL TAX | 1,206.43 | 6,559.30 | FNL SNL NO EIC | MARRIED | 1.00 | | .00 | 02/09/2015 |
| DE-4 DATA | STATE TAX | 1,206.43 | 6,559.30 | | SINGLE | 1.00 | .00 | .00 | 02/09/2015 |
| MEDI DATA | MEDICARE TAX | 1,297.88 | 6,925.10 | HIT ONLY | | | | | 02/09/2015 |
| W-5 DATA | EIC | | | | | | | | 02/09/2015 |

## Retirement/Deferred Plan Information

| Category | Current Base | Base YTD | Pensionable Cafeteria Plan Amount |
|---|---|---|---|
| CORET LACERA-EMPLR | 1,198.50 | 4,794.00 | .00 |
| PRRGN LACERA PLAN G | 1,198.50 | 4,794.00 | |

## Cafeteria Benefits Information

| Cafeteria Category | Cafeteria % | County Contribution | Salary Reduction | Contributed Benefits | Taxable Cash | Taxable Cash Limit |
|---|---|---|---|---|---|---|
| RF011 OPTIONS CONTRIB | .00% | 1,481.53 | .00 | 1,287.01 | 194.52 | .00 |

| Benefit Cat | Benefit Type | Benefit Plan | Benefit Plan Description | Deduction % | Current Base | County Contributed | County Contributed YTD | Salary Reduction | Salary Reduction YTD | Benefit Applied | Benefit Applied YTD | Available Balance YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EF136 | EF136 | C2 | KAISER 721 2PTY | | .00 | 1,202.85 | 2,405.70 | .00 | .00 | 1,202.85 | 2,405.70 | .00 |
| EF300 | EF300 | C2 | DLTADNTL-O 2PTY | | .00 | 67.82 | 135.64 | .00 | .00 | 67.82 | 135.64 | .00 |
| EF410 | EF410 | 250E+ | AD&D 250K-EE+FM | | .00 | 6.25 | 12.50 | .00 | .00 | 6.25 | 12.50 | .00 |
| EL202 | EL202 | 4XNE | LIFE 4XSAL | 6.8850% | 48.00 | 3.30 | 6.60 | .00 | .00 | 3.30 | 6.60 | .00 |
| EF045 | EF045 | EF045 | LTD-H OP | | .00 | 3.00 | 6.00 | .00 | .00 | 3.00 | 6.00 | .00 |
| EF012 | EF012 | OP2WF | OPTIONS ADM FEE | | .00 | 3.79 | 7.58 | .00 | .00 | 3.79 | 7.58 | .00 |
| **Total Cafeteria Benefits** | | | | | | **$1,287.01** | **$2,574.02** | **$0.00** | **$0.00** | **$1,287.01** | **$2,574.02** | **$0.00** |

## Earnings Information

| Appt ID | Title/Sub-Title | Dept | Unit | Step | Event Date | Salary Rate | Pay Event | Hours/Units | Current Earnings** | Earnings YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| 8103 A | COMMUNITY WKR | HS | 20301 | 01 | 04/30/2015 | 12.4844 | 099 REGULAR EARNS | 00:00 | .00 | 1,198.50 |
| 8103 A | COMMUNITY WKR | HS | 20301 | 01 | 04/30/2015 | 13.6193 | 099 REGULAR EARNS | 88:00 | 1,198.50 | 2,288.05 |
| 8103 A | COMMUNITY WKR | HS | 20301 | 01 | 04/30/2015 | 14.9813 | 099 REGULAR EARNS | 00:00 | .00 | 2,816.47 |
| | | | | | | | **Subtotal 099 REGULAR EARNS** | **88:00** | **$1,198.50** | **$6,303.02** |
| 8103 A | COMMUNITY WKR | HS | 20301 | 01 | 04/30/2015 | 13.6193 | PY011 SICK 100% | 00:00 | .00 | 108.95 |
| 8103 A | COMMUNITY WKR | HS | 20301 | 01 | 04/30/2015 | 14.9813 | PY012 HOLIDAY | 00:00 | .00 | 119.85 |
| 8103 A | COMMUNITY WKR | HS | 20301 | 01 | 04/30/2015 | .0000 | PPO36 FLEX EARN | 1.00 | .00 | 389.04 |
| 8103 A | COMMUNITY WKR | HS | 20301 | 01 | 04/30/2015 | .0000 | PFA36 FLEX EARN ADV | 1.00 | (97.26) | 4.04 |
| **Total Earnings** | | | | | | | | | **$1,295.76** | **$6,920.86** |

**Calculated Current Earnings derived by multiplying the Salary Rate by the Hours/Units may vary slightly from the actual Current Earnings displayed on the pay statement. This is caused by rounding rules used to determine actual Current Earnings.

## Taxes/Deductions Information

| Ded Cat | Ded Type | Ded Plan | Deduction Plan Description | Deduction % | Current Deduction Base | Current Deductions Taken | Current Deductions Not Taken | Deductions YTD |
|---|---|---|---|---|---|---|---|---|
| FEDTX | FEDTX | FEDTX | FEDERAL TAX | | 1,206.43 | 68.14 | .00 | 341.40 |
| STATX | STATX | STATX | STATE TAX | | 1,206.43 | 20.42 | .00 | 99.93 |
| HITEE | HITEE | HITEE | H.I.T. | 1.4500% | 1,297.88 | 18.82 | .00 | 100.41 |
| PRRGN | ER090 | ER090 | LACERA PLAN G | 7.6300% | 1,198.50 | 91.45 | .00 | 365.80 |
| EL203 | EL203 | 4XNE | LIFE 4XSAL | 6.8850% | 68.00 | 4.68 | .00 | 9.36 |
| EL301 | EL301 | 20K | 20K DEP LIFE | | .00 | 2.97 | .00 | 5.94 |
| EM413 | EM413 | EM413 | UNION-LIFE | | .00 | 87.03 | .00 | 261.09 |
| EU101 | EU101 | EU101 | LOC721LACEA | | .00 | 17.98 | .00 | 89.90 |
| **Total Taxes/Deductions** | | | | | | **$311.49** | **$0.00** | **$1,273.83** |

## Employer Benefits/Imputed Income Information

| Benefit Cat | Benefit Type | Benefit Plan | Benefit Plan Description | Benefit % | Current Contribution Base | Current Contributions | Contributions YTD | Current Imputed Income | Imputed Income YTD |
|---|---|---|---|---|---|---|---|---|---|
| IL202 | IL202 | 4XNE | LIFE IMP INC | | 68.00 | .00 | .00 | 2.12 | 4.24 |
| **Total Employer Benefits/Imputed Income** | | | | | | **$0.00** | **$0.00** | **$2.12** | **$4.24** |

## Leave Benefits Information As Of: 05/01/2015

| Leave Benefit | Leave Benefit Description | Available Hours | Hours in Excess |
|---|---|---|---|
| LV011 | SICK 100% | 15:43 | |
| LV112 | SICK PERSNL | 96:00 | |




# Online Employee Pay Statement

Pay Period End Date: 05/15/2015

| | | | |
|---|---|---|---|
| Employee ID: 617133 | Employee Name: WALFRED ORLANDO LOPEZ | Bank ID/Acct No: 121000358/XXXXXX0459 | |
| Home Department: HS Health Svcs | Home Unit: 20301 Prog Implem | Pay Location: 11011 110 - PAY LCTN | |

### Pay Information

| Gross Pay | Reimbursements | Taxes & Deductions/ Salary Reduction | Net Pay | Issue Date | Effective Pay Period End Date | Pay Type | Run Type | Warrant/ Direct Deposit No |
|---|---|---|---|---|---|---|---|---|
| 1,295.76 | .00 | 305.20 | 990.56 | 05/29/2015 | 05/15/2015 | Direct Deposit | Regular | 00000-2012047970 |

### Tax Information

| | Taxes | Taxable Wages | Taxable Wages YTD | Tax Class | Marital Status | Exemptions | Additional Exemptions | Additional Withheld | Tax Date |
|---|---|---|---|---|---|---|---|---|---|
| W-4 DATA | FEDERAL TAX | 1,204.31 | 7,763.61 | FNL SNL NO EIC | MARRIED | 1.00 | | .00 | 02/09/2015 |
| DE-4 DATA | STATE TAX | 1,204.31 | 7,763.61 | | SINGLE | 1.00 | .00 | .00 | 02/09/2015 |
| MEDI DATA | MEDICARE TAX | 1,295.76 | 8,220.86 | HIT ONLY | | | | | 02/09/2015 |
| W-5 DATA | EIC | | | | | | | | 02/09/2015 |

### Retirement/Deferred Plan Information

| Category | | Current Base | Base YTD | Pensionable Cafeteria Plan Amount | |
|---|---|---|---|---|---|
| CORET | LACERA-EMPLR | 1,198.50 | 5,992.50 | .00 | |
| PRRGN | LACERA PLAN G | 1,198.50 | 5,992.50 | | |

### Cafeteria Benefits Information

| Cafeteria Category | | | Cafeteria % | County Contribution | Salary Reduction | Contributed Benefits | Taxable Cash | Taxable Cash Limit |
|---|---|---|---|---|---|---|---|---|
| RF011 OPTIONS CONTRIB | | | .00% | .00 | .00 | .00 | .00 | .00 |

| Benefit Cat | Benefit Type | Benefit Plan | Benefit Plan Description | Deduction % | Current Base | County Contributed | County Contributed YTD | Salary Reduction | Salary Reduction YTD | Benefit Applied | Benefit Applied YTD | Available Balance YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EF136 | EF136 | C2 | KAISER 721 2PTY | | .00 | .00 | 2,405.70 | .00 | .00 | .00 | 2,405.70 | .00 |
| EF300 | EF300 | C2 | DLTADNTL-O 2PTY | | .00 | .00 | 135.64 | .00 | .00 | .00 | 135.64 | .00 |
| EF410 | EF410 | 250E+ | AD&D 250K-EE+FM | | .00 | .00 | 12.50 | .00 | .00 | .00 | 12.50 | .00 |
| EL202 | EL202 | 4XNE | LIFE 4XSAL | | .00 | .00 | 6.60 | .00 | .00 | .00 | 6.60 | .00 |
| EF045 | EF045 | EF045 | LTD-H OP | | .00 | .00 | 6.00 | .00 | .00 | .00 | 6.00 | .00 |
| EF012 | EF012 | OP2WF | OPTIONS ADM FEE | | .00 | .00 | 7.58 | .00 | .00 | .00 | 7.58 | .00 |
| Total Cafeteria Benefits | | | | | | $.00 | $2,574.02 | $.00 | $.00 | $.00 | $2,574.02 | $.00 |

### Earnings Information

| Appt ID | Title/Sub-Title | Dept | Unit | Step | Event Date | Salary Rate | Pay Event | Hours/Units | Current Earnings** | Earnings YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| 8103 A | COMMUNITY WKR | HS | 20301 | 01 | 05/15/2015 | 12.4844 | 099 REGULAR EARNS | 00:00 | .00 | 1,198.50 |
| 8103 A | COMMUNITY WKR | HS | 20301 | 01 | 05/15/2015 | 13.6193 | 099 REGULAR EARNS | 88:00 | 1,198.50 | 3,486.55 |
| 8103 A | COMMUNITY WKR | HS | 20301 | 01 | 05/15/2015 | 14.9813 | 099 REGULAR EARNS | 00:00 | .00 | 2,816.47 |
| | | | | | | | Subtotal 099 REGULAR EARNS | 88:00 | $1,198.50 | $7,501.52 |
| 8103 A | COMMUNITY WKR | HS | 20301 | 01 | 05/15/2015 | 13.6193 | PY011 SICK 100% | 00:00 | .00 | 108.95 |
| 8103 A | COMMUNITY WKR | HS | 20301 | 01 | 05/15/2015 | 14.9813 | PY012 HOLIDAY | 00:00 | .00 | 119.85 |
| 8103 A | COMMUNITY WKR | HS | 20301 | 01 | 05/15/2015 | .0000 | PPO36 FLEX EARN | .00 | .00 | 389.04 |
| 8103 A | COMMUNITY WKR | HS | 20301 | 01 | 05/15/2015 | .0000 | PFA36 FLEX EARN ADV | 1.00 | 97.26 | 97.26 |
| Total Earnings | | | | | | | | | $1,295.76 | $8,216.62 |

**Calculated Current Earnings derived by multiplying the Salary Rate by the Hours/Units may vary slightly from the actual Current Earnings displayed on the pay statement. This is caused by rounding rules used to determine actual Current Earnings.

### Taxes/Deductions Information

| Ded Cat | Ded Type | Ded Plan | Deduction Plan Description | Deduction % | Current Deduction Base | Current Deductions Taken | Current Deductions Not Taken | Deductions YTD |
|---|---|---|---|---|---|---|---|---|
| FEDTX | FEDTX | FEDTX | FEDERAL TAX | | 1,204.31 | 67.93 | .00 | 409.33 |
| STATX | STATX | STATX | STATE TAX | | 1,204.31 | 20.32 | .00 | 120.25 |
| HITEE | HITEE | HITEE | H.I.T. | 1.4500% | 1,295.76 | 18.79 | .00 | 119.20 |
| PRRGN | ER090 | ER090 | LACERA PLAN G | 7.6300% | 1,198.50 | 91.45 | .00 | 457.25 |
| EL203 | EL203 | 4XNE | LIFE 4XSAL | | .00 | .00 | .00 | 9.36 |
| EL301 | EL301 | 20K | 20K DEP LIFE | | .00 | .00 | .00 | 5.94 |
| EM413 | EM413 | EM413 | UNION-LIFE | | .00 | 87.03 | .00 | 348.12 |
| EU101 | EU101 | EU101 | LOC721LACEA | | .00 | 19.68 | .00 | 109.58 |
| Total Taxes/Deductions | | | | | | $305.20 | $.00 | $1,579.03 |

### Employer Benefits/Imputed Income Information

| Benefit Cat | Benefit Type | Benefit Plan | Benefit Plan Description | Benefit % | Current Contribution Base | Current Contributions | Contributions YTD | Current Imputed Income | Imputed Income YTD |
|---|---|---|---|---|---|---|---|---|---|
| IL202 | IL202 | 4XNE | LIFE IMP INC | | .00 | .00 | .00 | .00 | 4.24 |
| Total Employer Benefits/Imputed Income | | | | | | $.00 | $.00 | $.00 | $4.24 |

### Leave Benefits Information As Of: 05/16/2015

| Leave Benefit | Leave Benefit Description | Available Hours | Hours in Excess |
|---|---|---|---|
| LV011 | SICK 100% | 20:04 | |
| LV112 | SICK PERSNL | 96:00 | |



eHR Human Resources

# Online Employee Pay Statement

Pay Period End Date: 05/15/2015

**Employee ID:** 617133
**Home Department:** HS Health Svcs

**Employee Name:** WALFRED ORLANDO LOPEZ
**Home Unit:** 20301 Prog Implem

**Bank ID/Acct No:** 121000358/XXXXXX0459
**Pay Location:** 11011 110 - PAY LCTN

## Pay Information

| Gross Pay | Reimbursements | Taxes & Deductions/ Salary Reduction | Net Pay | Issue Date | Effective Pay Period End Date | Pay Type | Run Type | Warrant/ Direct Deposit No |
|---|---|---|---|---|---|---|---|---|
| 1,295.76 | .00 | 305.20 | 990.56 | 05/29/2015 | 05/15/2015 | Direct Deposit | Regular | 00000-2012047970 |

## Tax Information

| | Taxes | Taxable Wages | Taxable Wages YTD | Tax Class | Marital Status | Exemptions | Additional Exemptions | Additional Withheld | Tax Date |
|---|---|---|---|---|---|---|---|---|---|
| W-4 DATA | FEDERAL TAX | 1,204.31 | 7,763.61 | FNL SNL NO EIC | MARRIED | 1.00 | | .00 | 02/09/2015 |
| DE-4 DATA | STATE TAX | 1,204.31 | 7,763.61 | | SINGLE | 1.00 | .00 | .00 | 02/09/2015 |
| MEDI DATA | MEDICARE TAX | 1,295.76 | 8,220.86 | HIT ONLY | | | | | 02/09/2015 |
| W-5 DATA | EIC | | | | | | | | 02/09/2015 |

## Retirement/Deferred Plan Information

| Category | Current Base | Base YTD | Pensionable Cafeteria Plan Amount |
|---|---|---|---|
| CORET LACERA-EMPLR | 1,198.50 | 5,992.50 | .00 |
| PRRGN LACERA PLAN G | 1,198.50 | 5,992.50 | |

## Cafeteria Benefits Information

| Cafeteria Category | | Cafeteria % | County Contribution | Salary Reduction | Contributed Benefits | Taxable Cash | Taxable Cash Limit |
|---|---|---|---|---|---|---|---|
| RF011 OPTIONS CONTRIB | | .00% | .00 | .00 | .00 | .00 | .00 |

| Benefit Cat | Benefit Type | Benefit Plan | Benefit Plan Description | Deduction % | Current Base | County Contributed | County Contributed YTD | Salary Reduction | Salary Reduction YTD | Benefit Applied | Benefit Applied YTD | Available Balance YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EF136 | EF136 | C2 | KAISER 721 2PTY | | .00 | .00 | 2,405.70 | .00 | .00 | .00 | 2,405.70 | .00 |
| EF300 | EF300 | C2 | DLTADNTL-O 2PTY | | .00 | .00 | 135.64 | .00 | .00 | .00 | 135.64 | .00 |
| EF410 | EF410 | 250E+ | AD&D 250K-EE+FM | | .00 | .00 | 12.50 | .00 | .00 | .00 | 12.50 | .00 |
| EL202 | EL202 | 4XNE | LIFE 4XSAL | | .00 | .00 | 6.60 | .00 | .00 | .00 | 6.60 | .00 |
| EF045 | EF045 | EF045 | LTD-H OP | | .00 | .00 | 6.00 | .00 | .00 | .00 | 6.00 | .00 |
| EF012 | EF012 | OP2WF | OPTIONS ADM FEE | | .00 | .00 | 7.58 | .00 | .00 | .00 | 7.58 | .00 |
| Total Cafeteria Benefits | | | | | $.00 | $2,574.02 | | $.00 | $.00 | $.00 | $2,574.02 | $.00 |

## Earnings Information

| Appt ID | Title/Sub-Title | Dept | Unit | Step | Event Date | Salary Rate | Pay Event | Hours/Units | Current Earnings** | Earnings YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| 8103 A | COMMUNITY WKR | HS | 20301 | 01 | 05/15/2015 | 12.4844 | 099 REGULAR EARNS | 00:00 | .00 | 1,198.50 |
| 8103 A | COMMUNITY WKR | HS | 20301 | 01 | 05/15/2015 | 13.6193 | 099 REGULAR EARNS | 88:00 | 1,198.50 | 3,486.55 |
| 8103 A | COMMUNITY WKR | HS | 20301 | 01 | 05/15/2015 | 14.9813 | 099 REGULAR EARNS | 00:00 | .00 | 2,816.47 |
| | | | | | | | Subtotal 099 REGULAR EARNS | 88:00 | $1,198.50 | $7,501.52 |
| 8103 A | COMMUNITY WKR | HS | 20301 | 01 | 05/15/2015 | 13.6193 | PY011 SICK 100% | 00:00 | .00 | 108.95 |
| 8103 A | COMMUNITY WKR | HS | 20301 | 01 | 05/15/2015 | 14.9813 | PY012 HOLIDAY | 00:00 | .00 | 119.85 |
| 8103 A | COMMUNITY WKR | HS | 20301 | 01 | 05/15/2015 | .0000 | PPO36 FLEX EARN | .00 | .00 | 389.04 |
| 8103 A | COMMUNITY WKR | HS | 20301 | 01 | 05/15/2015 | .0000 | PFA36 FLEX EARN ADV | 1.00 | 97.26 | 97.26 |
| Total Earnings | | | | | | | | | $1,295.76 | $8,216.62 |

**Calculated Current Earnings derived by multiplying the Salary Rate by the Hours/Units may vary slightly from the actual Current Earnings displayed on the pay statement. This is caused by rounding rules used to determine actual Current Earnings.

## Taxes/Deductions Information

| Ded Cat | Ded Type | Ded Plan | Deduction Plan Description | Deduction % | Current Deduction Base | Current Deductions Taken | Current Deductions Not Taken | Deductions YTD |
|---|---|---|---|---|---|---|---|---|
| FEDTX | FEDTX | FEDTX | FEDERAL TAX | | 1,204.31 | 67.93 | .00 | 409.33 |
| STATX | STATX | STATX | STATE TAX | | 1,204.31 | 20.32 | .00 | 120.25 |
| HITEE | HITEE | HITEE | H.I.T. | 1.4500% | 1,295.76 | 18.79 | .00 | 119.20 |
| PRRGN | ER090 | ER090 | LACERA PLAN G | 7.6300% | 1,198.50 | 91.45 | .00 | 457.25 |
| EL203 | EL203 | 4XNE | LIFE 4XSAL | | .00 | .00 | .00 | 9.36 |
| EL301 | EL301 | 20K | 20K DEP LIFE | | .00 | .00 | .00 | 5.94 |
| EM413 | EM413 | EM413 | UNION-LIFE | | .00 | 87.03 | .00 | 348.12 |
| EU101 | EU101 | EU101 | LOC721LACEA | | .00 | 19.68 | .00 | 109.58 |
| Total Taxes/Deductions | | | | | | $305.20 | $.00 | $1,579.03 |

## Employer Benefits/Imputed Income Information

| Benefit Cat | Benefit Type | Benefit Plan | Benefit Plan Description | Benefit % | Current Contribution Base | Current Contributions | Contributions YTD | Current Imputed Income | Imputed Income YTD |
|---|---|---|---|---|---|---|---|---|---|
| IL202 | IL202 | 4XNE | LIFE IMP INC | | .00 | .00 | .00 | .00 | 4.24 |
| Total Employer Benefits/Imputed Income | | | | | | $.00 | $.00 | $.00 | $4.24 |

## Leave Benefits Information As Of: 05/16/2015

| Leave Benefit | Leave Benefit Description | Available Hours | Hours in Excess |
|---|---|---|---|
| LV011 | SICK 100% | 20:04 | |
| LV112 | SICK PERSNL | 96:00 | |

**Fill in this information to identify your case:**

Debtor 1    Walfred Orlando Lopez
            First Name         Middle Name         Last Name

Debtor 2
(Spouse, if filing) First Name   Middle Name         Last Name

United States Bankruptcy Court for the:    Central    District of    CA
                                                                 (State)

Case number
(if known)

---

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

☒ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☐ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

☒ 3. The commitment period is 3 years.

☐ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

---

## Official Form 22C–1

# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

---

| Part 1: | Calculate Your Average Monthly Income |

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☒ **Married.** Fill out both Columns A and B, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 3,900 | $ 0 |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0 | $ 0 |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0 | $ 0 |

5. **Net income from operating a business, profession, or farm**

| Gross receipts (before all deductions) | $ 0 | | |
| Ordinary and necessary operating expenses | – $ 0 | | |
| Net monthly income from a business, profession, or farm | $ 0 | Copy here➡ | $ 0 | $ 0 |

6. **Net income from rental and other real property**

| Gross receipts (before all deductions) | $ 0 | | |
| Ordinary and necessary operating expenses | – $ 0 | | |
| Net monthly income from rental or other real property | $ 0 | Copy here➡ | $ 0 | $ 0 |

---

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.3-876 - Wednesday, June 17, 2015, at 15:31:26 - 32970-301JX-***** - PDF-XChange 4.0

Debtor 1    **Walfred Orlando Lopez**

First Name    Middle Name    Last Name

Case number *(if known)*_____

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

7. **Interest, dividends, and royalties**    $_____ 0    $_____ 0

8. **Unemployment compensation**    $_____ 0    $_____ 0

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ..................↓

For you ..........................................................    $_____ 0

For your spouse ..........................................    $_____ 0

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.    $_____ 0    $_____ 0

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

10a. _____    $_____ 0    $_____ 0

10b. _____    $_____ 0    $_____ 0

10c. Total amounts from separate pages, if any.    + $_____ 0    + $_____ 0

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.    $_____ 3,900  +  $_____ 0  =  $_____ 3,900

**Total average monthly income**

---

## Part 2:    Determine How to Measure Your Deductions from Income

12. Copy your total average monthly income from line 11. .................................................................    $_____ 3,900

13. **Calculate the marital adjustment.** Check one:

☐ You are not married. Fill in 0 in line 13d.

☐ You are married and your spouse is filing with you. Fill in 0 in line 13d.

☒ You are married and your spouse is not filing with you.

Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

In lines 13a-c, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 on line 13d.

13a. _____    $_____

13b. _____    $_____

13c. _____    + $_____

13d. Total .................................................................    $_____ 0    Copy here. ➡  13d.    − _____ 0

14. **Your current monthly income.** Subtract line 13d from line 12.    14.    $_____ 3,900

15. **Calculate your current monthly income for the year.** Follow these steps:

15a. Copy line 14 here ➡ ...........................................................................................    15a.    $_____ 3,900

Multiply line 15a by 12 (the number of months in a year).    **x  12**

15b. The result is your current monthly income for the year for this part of the form.    15b.    $_____ 46,800

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver.5.1.3-876 - Wednesday, June 17, 2015, at 15:31:26 - 32970v301X-***** - PDF-XChange 4.0

| Debtor 1 | Walfred Orlando Lopez | | Case number (if known) | |
|---|---|---|---|---|
| | First Name     Middle Name     Last Name | | | |

16. **Calculate the median family income that applies to you.** Follow these steps:

16a. Fill in the state in which you live.    California

16b. Fill in the number of people in your household.    1

16c. Fill in the median family income for your state and size of household..........................................................16c.    $    49,983

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

17. **How do the lines compare?**

17a. ☒ Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11 U.S.C. § 1325(b)(3)*. **Go to Part 3.** Do NOT fill out *Calculation of Disposable Income* (Official Form 22C–2).

17b. ☐ Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. § 1325(b)(3)*. **Go to Part 3 and fill out Calculation of Disposable Income (Official Form 22C–2)**. On line 39 of that form, copy your current monthly income from line 14 above.

| Part 3: | **Calculate Your Commitment Period Under 11 U.S.C. §1325(b)(4)** |
|---|---|

18. **Copy your total average monthly income from line 11.** ............................................................................. 18.    $    3,900

19. **Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy the amount from line 13d.

If the marital adjustment does not apply, fill in 0 on line 19a.    19a.    – $    0

**Subtract line 19a from line 18.**    19b.    $    3,900

20. **Calculate your current monthly income for the year.** Follow these steps:

20a. Copy line 19b............................................................................................................................. 20a.    $    3,900

Multiply by 12 (the number of months in a year).    **x  12**

20b. The result is your current monthly income for the year for this part of the form.    20b.    $    46,800

20c. Copy the median family income for your state and size of household from line 16c. ....................    $    49,983

21. **How do the lines compare?**

☒ Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years*. Go to Part 4.

☐ Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years*. Go to Part 4.

| Part 4: | **Sign Below** |
|---|---|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

✖    /s/ Walfred Orlando Lopez                          ✖ _____

Signature of Debtor 1                                          Signature of Debtor 2

Date  06/15/2015                                              Date  06/15/2015
      MM / DD   / YYYY                                               MM / DD   / YYYY

If you checked 17a, do NOT fill out or file Form 22C–2.

If you checked 17b, fill out Form 22C–2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.3-876 - Wednesday, June 17, 2015, at 15:31:26 - 32970-301IX-***** - PDF-XChange4.0

| Debtor 1 | Walfred Orlando Lopez | | Case Number (if known) | |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

# Form 22 Continuation Sheet

## Monthly Income

**Month 1**

| | | |
|---|---|---|
| Gross wages, salary, tips... | 3,900 | 0 |
| Income from business... | 0 | 0 |
| Rents and real property income... | 0 | 0 |
| Interest, dividends... | 0 | 0 |
| Pension, retirement... | 0 | 0 |
| Contributions to HH Exp... | 0 | 0 |
| Unemployment... | 0 | 0 |
| Other Income... | 0 | 0 |

**Month 2**

| | | |
|---|---|---|
| Gross wages, salary, tips... | 3,900 | 0 |
| Income from business... | 0 | 0 |
| Rents and real property income... | 0 | 0 |
| Interest, dividends... | 0 | 0 |
| Pension, retirement... | 0 | 0 |
| Contributions to HH Exp... | 0 | 0 |
| Unemployment... | 0 | 0 |
| Other Income... | 0 | 0 |

**Month 3**

| | | |
|---|---|---|
| Gross wages, salary, tips... | 3,900 | 0 |
| Income from business... | 0 | 0 |
| Rents and real property income... | 0 | 0 |
| Interest, dividends... | 0 | 0 |
| Pension, retirement... | 0 | 0 |
| Contributions to HH Exp... | 0 | 0 |
| Unemployment... | 0 | 0 |
| Other Income... | 0 | 0 |

**Month 4**

| | | |
|---|---|---|
| Gross wages, salary, tips... | 3,900 | 0 |
| Income from business... | 0 | 0 |
| Rents and real property income... | 0 | 0 |
| Interest, dividends... | 0 | 0 |
| Pension, retirement... | 0 | 0 |
| Contributions to HH Exp... | 0 | 0 |
| Unemployment... | 0 | 0 |
| Other Income... | 0 | 0 |

**Month 5**

| | | |
|---|---|---|
| Gross wages, salary, tips... | 3,900 | 0 |
| Income from business... | 0 | 0 |
| Rents and real property income... | 0 | 0 |
| Interest, dividends... | 0 | 0 |
| Pension, retirement... | 0 | 0 |
| Contributions to HH Exp... | 0 | 0 |
| Unemployment... | 0 | 0 |
| Other Income... | 0 | 0 |

**Month 6**

| | | |
|---|---|---|
| Gross wages, salary, tips... | 3,900 | 0 |
| Income from business... | 0 | 0 |
| Rents and real property income... | 0 | 0 |
| Interest, dividends... | 0 | 0 |
| Pension, retirement... | 0 | 0 |
| Contributions to HH Exp... | 0 | 0 |
| Unemployment... | 0 | 0 |
| Other Income... | 0 | 0 |

## Additional Items as Designated, if any

## Remarks

Walfred Orlando Lopez
7967 Clearfield Avenue
Panorama City, CA 91402


Josh Sternberg
Sternberg Law Group
9595 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212

Bsi Financial Services
314 S Franklin Street
Titusville, PA 16354

CalHFA Mortgage Assistance Corporation
PO Box 5678
Riverside, CA 92517

Rise
PO Box 101808
Fort Worth, TX 76185

**UNITED STATES BANKRUPTCY COURT**
**Central District of California**

In re   Walfred Orlando Lopez                        ,
                          Debtor          Case No. _____

                                          Chapter   _____13_____


## VERIFICATION OF CREDITOR MATRIX


I do hereby certify under penalty of perjury that the attached Master Mailing List of Creditors, consisting of 2 pages, is

complete, correct and consistent with the debtor's schedules herewith, pursuant to Local Bankruptcy Rule 105(6).   I

assume all responsibility for errors and omissions.


Date   __06/15/2015_____       Signature      /s/ Walfred Orlando Lopez
                                              of Debtor      _____
                                                             WALFRED ORLANDO LOPEZ

Josh Sternberg
Sternberg Law Group
9595 Wilshire Blvd.,
Suite 900
Beverly Hills, CA 90212
310-270-4343
310-270-4344